& Cohn, for respondents.   Appeal from judgment of the City Court.   Judgment reversed, new trial ordered, with costs to prevailing party to abide the event.

Bernard Katz and Another, Appellants, v. Cath. Atfield, Administratrix, etc., Respondent.   H. Daily, Jr., for appellants.   John McGinn, for respondent.   Appeal from order of the City Court.   Appeal dismissed, with costs.

Patrick Murphy, Appellant, v. Dennis Shea, Respondent. M. F. McGoldrick, for appellant.   Johnston & Johnston, for respondent.   Appeal from judgment of this court, DALY, J. Judgment affirmed, with costs.

The N. Y. Real Estate and Building Improvement Co., Appellant, v. Motley, Respondent.   N. B. Sanborn, for appellant.   Cardozo Bros., for respondent.   Motion for leave to appeal to the Court of Appeals granted.

Bernard Zivi, Respondent, v. Elias Einstein, Appellant. Jas. Murphy, for respondent.   Townsend, Dyett & Einstein, for appellant.   Motion for leave to go to the Court of Appeals denied.

Wm. F. Meeks, Respondent, v. Lewis Simon, Appellant. S. Johnson, for respondent.   G. C. Comstock, for appellant. Motion to direct Marshall to return amount collected, granted.

Wm. J. Logan, Respondent, v. Berkshire Apartment Association, Appellant.   Lyon & Smith, for respondent. Stickney, Spencer & Ordway, for appellant.   Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Henry Whitteman, Respondent, v. James T. White, appellant.   G. R. Hawes, for respondent.   O. J. Hochstadter, for appellant.   Affirmed on argument, with costs.

Louise Carlson, Respondent, v. Marie F. Wintersen, Appellant.   H. M. Hitchings, for respondent.   E. F. Bullard, for appellant.   Motion for a reargument denied, with ten dollars costs.

Samuel Corn et al. v. Joseph Rosenthal.   Norwood & Coggeshall, for plaintiff (appellant).   F. R. Minrath, for defendant (respondent).   Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.